# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 55 WAL 2016

          Respondent           :

                              :    Petition for Allowance of Appeal from

                              :    the Order of the Superior Court

          v.                     :

                              :

ANDRE LAMAR DAVIS,           :

          Petitioner           :

## ORDER

**PER CURIAM**

     **AND NOW**, this 31st day of May, 2016, the Petition for Allowance of Appeal is **DENIED**.